♦AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

District of Colorado

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| --- | --- |
| v. | (For a Petty Offense) — Short Form |
| RYAN L. JOHNSON | Case No. 10-po-00035-GJR |
| | USM No. |
| | Pro se |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)  One, Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 18 U.S.C. § 13 and C.R.S. § 42-2-101(1) | Operate Motor Vehicle without Valid Drivers License | 06/12/2010 | One |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | **Assessment** | **Fine** |
| --- | --- | --- |
| **Total:** | $ 10.00 | $ 50.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 0770

Defendant's Year of Birth: 1978

City and State of Defendant's Residence: Aspen, CO 81611

09/13/2010
Date of Imposition of Judgment

*/s/ Gudrun J. Rice*
Signature of Judge

Gudrun J. Rice          Magistrate Judge
Name and Title of Judge

09/17/2010
Date